**Order entered June 17, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00259-CR

**TRAVIS WAYNE CARROLL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-41119-H**

## ORDER

The Court **GRANTS** court reporter Kathy Victoria McDaniel's June 15, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. McDaniel to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/      DAVID EVANS
         JUSTICE